**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GABRIEL RAZZANO,

                Plaintiff,                               **AMENDED JUDGMENT**
                                                                           CV-07-3983 (ADS)(AKT)
   - against -

COUNTY OF NASSAU, SALVATORE
MISTRETTA, WILLIAM LEMIEUX, and
ANTHONY ROCCO,

                Defendants.
-------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on February 28, 2011, granting plaintiff's motion for summary judgment on his Section 1983 Fourteenth Amendment claim with respect to defendants County of Nassau, Salvatore Mistretta, William Lemieux and Anthony Rocco, and referring this case to Magistrate Judge A. Kathleen Tomlinson for an inquest as to damages; and a Memorandum of Decision and Order of Honorable Arthur D. Spatt, having been filed on March 22, 2012, adopting in its entirety the February 27, 2012 Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson, awarding plaintiff damages in the amount of $20,000 for emotional distress, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961 as of the date of the entry of final judgment, denying plaintiff's motion for attorneys' fees, denying plaintiff's request for punitive damages, and directing the Clerk of Court to enter judgment in favor of the plaintiff in the amount of $20,000, it is

      **ORDERED AND ADJUDGED** that the judgment entered on March 27, 2012 is amended; that plaintiff's motion for summary judgment on his Section 1983 Fourteenth Amendment claim is granted with respect to defendants County of Nassau, Salvatore Mistretta, William Lemieux and Anthony Rocco (collectively "defendants"); that partial judgment is hereby

entered in favor of plaintiff and against defendants in the amount of $20,000, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961 as of the date of the entry of final judgment; that plaintiff's motion for attorneys' fees is denied; and that plaintiff's request for punitive damages is denied.

Dated: Central Islip, New York
       June 14, 2012

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                    By:    /s/ Catherine Vukovich
                           Deputy Clerk